UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:14-cr-320-T-33TBM

RYAN STEVEN MILLER

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for:

(1)   A Forfeiture Money Judgment in the amount of $924,000.00; and

(2)   A Preliminary Order of Forfeiture for the following, as substitute assets in partial satisfaction of the defendant's $924,000.00 forfeiture money judgment:

   a.   The real property located at 11567 Grove Street, Seminole, Florida 33772, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   Lot 4, Block 12, Oakhurst Shores, Fifth Addition, according to the map or plat thereof, as recorded in Plat Book 64, Page(s) 40, of the Public Records of Pinellas County, Florida.

   Property Identification Number: 33-30-15-62808-012-0040.

   Titled Owner: Miller & Co. of Ohio, Inc., an Ohio Corporation; and

   b.   The real property located at 5017 City Street, Unit 1932, Orlando, Florida 32801, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   CHARLES TOWNE AT PARK CENTRAL CONDOMINIUM 8319/2690 UNIT 1932.

                Property Identification Number:
                16-23-29-0015-01-932.

           Titled owner: Genuine Miller Family Trust, by Ryan Steven
                  Miller.

Being fully advised of the relevant facts, the Court hereby finds that $924,000.00 was obtained from the drug trafficking conspiracy for which the defendant pled guilty.

The Court further finds that the United States is entitled to forfeit the real property identified above as substitute assets, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant shall be held jointly and severally liable with any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $924,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), the real property identified above is hereby forfeited to the United States for disposition according to law, as substitute assets in partial satisfaction of the defendant's $924,000.00 forfeiture money judgment.

The net proceeds from the substitute assets shall go toward satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 12th day of September, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record